Ruzan **TARAKHCHYAN**, Petitioner,

v.

Alberto R. **GONZALES**, Attorney General, Respondent.

No. 04–70768.

United States Court of Appeals, Ninth Circuit.

Argued and Submitted Aug. 9, 2007.

Filed Aug. 21, 2007.

James M. Burgess, Esq., Valerie E. Alter, Esq., Sheppard Mullin Richter &

---

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

Hampton, LLP, Los Angeles, CA, for Petitioner.

Ruzan Tarakhchyan, Monterey Park, CA, pro se.

CAC–District Counsel, Esq., Office of the District Counsel, Department of Homeland Security, Los Angeles, CA, Ronald E. Lefevre, Chief Counsel, Office of the District Counsel, Department of Homeland Security, San Francisco, CA, Daniel G. Lonergan Fax, DOJ–U.S. Department of Justice, Civil Div./Office of Immigration Lit., Washington, DC, for Respondent.

Before: KOZINSKI and RAWLINSON, Circuit Judges, and CEDARBAUM,* Senior District Judge.

## MEMORANDUM **

Substantial evidence supports the IJ's adverse credibility finding because there were several material inconsistencies between Tarakhchyan's testimony and her asylum application. *See* 8 U.S.C. § 1252(b)(4)(B). The IJ's finding that Tarakhchyan failed to establish her eligibility for asylum is therefore supported by the record. Tarakhchyan is also ineligible for withholding of removal, *see Farah v. Ashcroft,* 348 F.3d 1153, 1156 (9th Cir.2003), and relief under the Convention Against Torture, *see id.* at 1157.

Because Tarakhchyan failed to raise the issue below, we lack jurisdiction to review

---

* The Honorable Miriam Goldman Cedarbaum, Senior United States District Judge for the Southern District of New York, sitting by designation.

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

her assertion that faulty translation undermined the administrative record. 8 U.S.C. § 1252(d)(1).

**PETITION DISMISSED in part AND DENIED in part.**